LODGED

FEB 1 0 2022

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **TIMOTHY JENNINGS EASHAPPIE,** Defendant. | CR 10-107-GF-SEH **ORDER** |

Pending before the Court is the motion of the United States Attorney to dismiss the indictment without prejudice pursuant to Fed. R. Crim. P. 48(a). For good cause,

IT IS ORDERED that the indictment is **DISMISSED WITHOUT PREJUDICE.**

DATED this  10th  day of February, 2022.

Brian Morris, Chief District Judge
United States District Court